# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMIAH WILLIAM BALIK,<br><br>    Plaintiff,<br><br>v.<br><br>THE DEPARTMENT OF VETERANS AFFAIRS<br><br>    Defendant. | Case No.: 2:21-cv-01661-APG-NJK<br><br>**Order** |

Plaintiff has repeatedly emailed the Court about a range of matters. Despite prior communications from the Court reminding Plaintiff of the prohibition against *ex parte* communications with the Court, Plaintiff continues to email the Court. On September 17, 2021, the Court received another email, addressed directly to the undersigned. Plaintiff is reminded that the Local Rules prohibit *ex parte* communications with the Court. Local Rule IA 7-2(b). **FURTHER VIOLATIONS MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

   IT IS SO ORDERED.

   Dated: September 17, 2021

                                                                 _____
                                                                 Nancy J. Koppe
                                                                 United States Magistrate Judge