# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMIAH WILLIAM BALIK,<br><br>       Plaintiff,<br><br>v.<br><br>THE DEPARTMENT OF VETERAN AFFAIRS,<br><br>       Defendants. | Case No.: 2:21-cv-01661-APG-NJK<br><br>**ORDER** |

On November 15, 2021, Plaintiff Jeremiah William Balik sent two emails to the Court asking when the Court will rule on his pending motions and one additional email to the Court regarding filing certain documents. On November 16, 2021, Plaintiff sent the Court an email containing what appears to be the docket in the instant case.

Local Rule IA 7-1(a) provides, in relevant part, that an attorney or *pro se* party may "send a letter to the court at the expiration of 90 days after any matter has been, or should have been, fully briefed if the court has not entered its written ruling." Further, LR IA 7-1(b) provides, in relevant part, that, with the exception of the letter allowed to be mailed to the Court pursuant to LR IA 7-1(a), an attorney or *pro se* party "must not send case-related correspondence, such as letters, emails, or facsimiles, to the court. All communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket…"

Plaintiff's emails violate both subsections of Local Rule IA 7-1. Plaintiff is reminded that he must comply in full with the Court's Local Rules and that he may not send emails to the Court. **ANY FURTHER VIOLATIONS MAY RESULT IN THE IMPOSITION OF SANCTIONS**.

IT IS SO ORDERED.

Dated: November 16, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE